UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LATASHA NICOLE CREER, | ) | Case No. 2:14-CV-01428 JAM-DAD |
| Plaintiff, | ) | |
| v. | ) | |
| CITY OF VALLEJO, ET AL., | ) | |
| Defendants. | ) | |
| | ) | RELATED CASE ORDER |
| CHRISTOPHER WHITE, ZERITA WHITE, G'SHELLE WHITE AND DANTRELL STEVENS, | ) | |
| | ) | Case No. 2:14-CV-01603 MCE-AC |
| Plaintiffs, | ) | |
| v. | ) | |
| CITY OF VALLEJO, ET AL., | ) | |
| Defendants. | ) | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under

1

1  Local Rule 123 merely has the result that these actions are
2  assigned to the same judge and magistrate judge; no consolidation
3  of the actions is effected.  Under the regular practice of this
4  court, related cases are generally assigned to the judge and
5  magistrate judge to whom the first filed action was assigned.

6      IT IS THEREFORE ORDERED that the action denominated 2:14-CV-
7  01603 MCE-AC be reassigned to Judge John A. Mendez and Magistrate
8  Judge Dale A. Drozd for all further proceedings, and any dates
9  currently set in this reassigned case <u>only</u> are hereby VACATED.
10 Henceforth, the caption on documents filed in the reassigned cases
11 shall be shown as 2:14-CV-01603 JAM-DAD.

12     IT IS FURTHER ORDERED that the Clerk of the Court make
13 appropriate adjustment in the assignment of civil cases to
14 compensate for this reassignment.

15     IT IS SO ORDERED.
16 Dated:  February 4, 2015

17                            /s/ John A. Mendez_____
                           JOHN A. MENDEZ
18                            United States District Court Judge