UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATASHA NICOLE CREER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, et al.,<br><br>Defendants. | No. 2:14-cv-1428 JAM DAD PS<br><br><br><br>ORDER |

Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On June 17, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and no party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed June 17, 2015 (Dkt. No. 12) are adopted in full;

1

2. Defendants' September 23, 2014 motion to dismiss (Dkt. No. 6) is granted as to the amended complaint's state law battery claim against defendants Knight, Long and Martinez as well as with respect to the punitive damages claim against defendant City of Vallejo;

3. Defendants' September 23, 2014 motion to dismiss (Dkt. No. 6) is denied in all other respects; and

4. Defendants are directed to file an answer to the amended complaint within 14 days of the date of this order.

DATED: July 23, 2015

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE

/creer1428.jo