UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATASHA NICOLE CREER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, et al.,<br><br>Defendants. | No.  2:14-cv-1428 JAM DAD PS<br><br>ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

Plaintiff is proceeding in this action pro se.  This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

Defendant has filed an answer.  Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, **IT IS ORDERED** that:

1. A Status (Pretrial Scheduling) Conference is set for **Friday, October 30, 2015, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned.

2. Each party is required to appear at the Status Conference, either by counsel or, if proceeding in propria persona, on her own behalf.  Any party may appear at the status conference telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than 48 hours before the Status (Pretrial Scheduling) Conference; a land line telephone number must be provided.

3.  Plaintiff shall file and serve a status report on or before **October 16, 2015**, and defendants shall file and serve a status report on or before **October 23, 2015**.  Each party's status report shall address all of the following matters:

   a.  Progress of service of process;

   b.  Possible joinder of additional parties;

   c.  Possible amendment of the pleadings;

   d.  Jurisdiction and venue;

   e.  Anticipated motions and the scheduling thereof;

   f.  Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

   g.  Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

   h.  Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

   i.  Whether the case is related to any other case, including matters in bankruptcy;

   j.  Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

   k.  Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

   l.  Any other matters that may aid in the just and expeditious disposition of this action.

/////
/////
/////
/////
/////

4. The parties are cautioned that failure to file a status report or failure to appear at the status conference may result in an order imposing an appropriate sanction. <u>See</u> Local Rules 110 and 183.

Dated: August 28, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\creer1428.ossc.docx