UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATASHA NICOLE CREER, | No. 2:14-cv-1428 JAM DB PS |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

This action came before the court on August 19, 2016, for hearing of plaintiff's motion to compel and defendants' motion to compel. Attorney Kelly Trujillo appeared on behalf of the defendants and plaintiff Latasha Creer appeared on her own behalf.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. Defendants' July 15, 2016 motion to compel (Dkt. No. 25) is granted;

2. Plaintiff's July 27, 2016 motion to compel (Dkt. No. 26) is granted;

3. The parties shall produce the discovery at issue within twenty-one days of the August 19, 2016 hearing; and

/////

/////

/////

1

4. Defendants' production shall be made subject to a separately filed protective order.

Dated: August 20, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DLB1\orders.pro se\creer1428.oah.081916.ord