UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATASHA NICOLE CREER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, et al.,<br><br>Defendants. | No. 2:14-cv-1428 JAM DB PS<br><br><br><br>ORDER |

This action came before the court on October 7, 2016, for hearing of plaintiff's motion to compel compliance and motion for sanctions. Attorney Kelly Trujillo appeared on behalf of the defendants and plaintiff Latasha Creer appeared on her own behalf.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for sanctions (ECF No. 39) is denied;

2. Plaintiff's motion to compel compliance (ECF No. 38) is granted;

3. Defendants shall produce to plaintiff transcripts of the interviews at issue on or before **November 9, 2016**[1]; and

---

[1] Although the court indicated at the October 7, 2016 hearing that defendants would be granted six weeks to produce responsive documents, the discovery cutoff in this action is November 9, 2016, and the undersigned cannot order production past that date. However, at the October 7, 2016 hearing plaintiff indicated a willingness to continue the discovery deadline. Accordingly, if

1

4. Defendants shall redact the names of any Vallejo Police Department Officers and replace those names with number identifiers.

DATED: October 7, 2016  /s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DLB1\orders.pro se\creer1428.oah.100716.ord

---

defendants require additional time to comply with the court's order, defendants should consider reaching a stipulation with plaintiff to extend the discovery deadline or filing a request for such an extension.

2