UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATASHA NICOLE CREER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, et al.,<br><br>Defendants. | No. 2:14-cv-1428 JAM DB PS<br><br><br><br>ORDER |

On October 6, 2016, defendants filed an ex parte application for an order shortening time for hearing of defendants' motion to compel. (ECF No. 44.) Therein, defendants state that the discovery deadline in this action is approaching and defendants' motion to compel seeks compliance with this court's August 22, 2016 order.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' October 6, 2016 ex parte application for an order shortening time (ECF No. 44) is granted; and

////

////

////

////

////

1

2. Defendants' motion to compel discovery (ECF No. 47) is set for hearing on **Friday, October 21, 2016, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned.

Dated:  October 13, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DLB1\orders.pro se\creer1428.ost.grt