1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LATASHA NICOLE CREER,                    No.  2:14-cv-1428 JAM DB PS

12                 Plaintiff,

13         v.                                  ORDER

14    CITY OF VALLEJO, et al.,

15                 Defendants.

16

17         This action came before the court on October 21, 2016, for hearing of plaintiff's motion to

18    compel and defendants' motion to compel.  Attorney Kelly Trujillo appeared on behalf of the

19    defendants and plaintiff Latasha Creer appeared telephonically on her own behalf.

20         Upon consideration of the arguments on file and those made at the hearing, and for the

21    reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

22         1.  Plaintiff's motion to compel (ECF No. 43) is granted;

23         2.  Defendants shall provide plaintiff with the responsive documents on or before

24    November 9, 2016;

25         3.  Defendants' production shall be made pursuant to the protective ordered (ECF No. 36)

26    previously entered;

27         4.  Plaintiff is explicitly instructed that, consistent with the protective order governing this

28    discovery, she shall ensure that no information from defendants' production appears on the

1

1  internet or any social media;

2       5.  Defendants' motion to compel (ECF No. 47) is granted;

3       6.  Plaintiff shall provide defendants with contact information for the identified witness,

4  Joyce Grace, by 5:00pm Pacific Standard Time on October 26, 2016 in writing, signed by

5  plaintiff, and under the penalty of perjury; and

6       7.  Defendants' request to take discovery after the discovery deadline is denied.

7  Dated:  October 21, 2016

8

9  _____

10  DEBORAH BARNES
    UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  DLB:6
    DLB1\orders.pro se\creer1428.oah.102116.ord

26

27

28