**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: KELLY J. TRUJILLO**
Assistant City Attorney, SBN 244286
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:   (707) 648-4545
Fax:   (707) 648-4687
Email: kelly.trujillo@cityofvallejo.net

Attorneys for Defendants, CITY OF VALLEJO,
OFFICER KNIGHT, OFFICER LONG, OFFICER MARTINEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LATASHA NICOLE CREER,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, OFFICER KNIGHT, OFFICER LONG, OFFICER MARTINEZ, Does 1-20,<br><br>    Defendants. | Case No.  2:14-cv-01428-JAM-DB PS<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

    **IT IS HEREBY ORDERED** that this action be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(2).

DATED:  1/19/2017            /s/ John A. Mendez
                                                 Judge of the United States District Court